UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a foreign insurance company,<br><br>Plaintiffs,<br><br>v.<br><br>RUBENSTEIN'S CONTRACT CARPET, LLC, a Washington Limited Liability Corporation; NORTH AMERICAN TERRAZZO, INC., a Washington Corporation,<br><br>Defendants. | No. 2:19-cv-1175-MJP<br><br>**TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA'S CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Fed. R. Civ. P. 7.1 Plaintiffs Travelers Property Casualty Insurance Company of America submits this Corporate Disclosure Statement.

**CORPORATE DISCLOSURE STATEMENT**

Travelers Property Casualty Company of America is 100% owned by The Phoenix Insurance Company, which is 100% owned by The Travelers Indemnity Company, which is 100% owned by Travelers Insurance Group Holdings, Inc., which is 100% owned by Travelers Property Casualty Corp., which is 100% owned by The Travelers Companies, Inc.  The

CORPORATE DISCLOSURE STATEMENT – 1

LETHER & ASSOCIATES PLLC
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

1  Travelers Companies, Inc. is the only publicly held company in the corporate family.  No
2  individual or corporation owns 10% or more of the stock of The Travelers Companies, Inc.
3        The Phoenix Insurance Company is 100% owned by The Travelers Indemnity
4  Company, which is 100% owned by Travelers Insurance Group Holdings, Inc., which is 100%
5  owned by Travelers Property Casualty Corp., which is 100% owned by The Travelers
6  Companies, Inc.  The Travelers Companies, Inc. is the only publicly held company in the
7  corporate family.  No individual or corporation owns 10% or more of the stock of The
8  Travelers Companies, Inc.
9        DATED this 29th day of July, 2019.

10        LETHER & ASSOCIATES, PLLC

11        *s/ Thomas Lether*
      *s/ Eric Neal*
12        Thomas Lether, WSBA #18089
      Eric J. Neal, WSBA#31863
13        1848 Westlake Ave N., Suite 100
      Seattle, WA  98109
14        P: 206-467-5444 / F: 206-467-5544
      eneal@letherlaw.com
15        tlether@letherlaw.com
      *Counsel for Travelers Property Casualty*
16        *Company of America and The Phoenix*
      *Insurance Company*

17
18
19
20
21
22
23