UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a foreign insurance company,<br><br>                Plaintiffs,<br><br>        v.<br><br>RUBENSTEIN'S CONTRACT CARPET, LLC, a Washington Limited Liability Corporation; NORTH AMERICAN TERRAZZO, INC., a Washington Corporation,<br><br>                Defendants. | No. 2:19-cv-1175 MJP<br><br>**ORDER REGARDING STIPULATED MOTION TO AMEND THE PLEADINGS** |
| NORTH AMERICAN TERRAZZO, INC, a Washington Corporation,<br><br>                Third Party Plaintiff,<br><br>        v.<br><br>TERRAZZO & MARBLE SUPPLY CO. OF ILLINOIS, a foreign corporation,<br><br>                Third Party Defendant | |

\\

\\

LETHER & ASSOCIATES PLLC
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

1 THIS MATTER comes before the Court on the Parties' Stipulated Motion to Amend the Pleadings. The Court having reviewed the motion on record herein, now deems itself fully advised on this matter and hereby GRANTS the Stipulated Motion to Amend the Pleadings. IT IS SO ORDERED.

DATED this 19th day of September, 2019.

*[signature]*
Marsha J. Pechman
United States District Judge

Presented By.

LETHER & ASSOCIATES, PLLC

*s/ Thomas Lether*
*s/ Eric Neal*
Thomas Lether, WSBA #18089

| | |
|---|---|
| 1 | Eric J. Neal, WSBA#31863 |
| | 1848 Westlake Ave N., Suite 100 |
| 2 | Seattle, WA 98109 |
| | P: 206-467-5444 / F: 206-467-5544 |
| 3 | eneal@letherlaw.com |
| | tlether@letherlaw.com |
| 4 | *Counsel for Travelers Property Casualty Company of America* |
| 5 | |
| | *s/ Richard T. Beal Jr.* |
| 6 | *s/ Robert S. Marconi* |
| | Richard T. Beal, Jr. |
| 7 | Robert S. Marconi |
| | Ashbaugh Beal LLP |
| 8 | 701 5th Ave Ste 4400 |
| | Seattle, WA 98104 |
| 9 | (206) 386-5900 |
| | Bashbaugh@ashbaughbeal.com |
| 10 | Rmarconi@ashbaughbeal.com |
| | Attorney for North American Terrazzo, Inc. |