UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a foreign insurance company,<br><br>Plaintiffs,<br><br>v.<br><br>NORTH AMERICAN TERRAZZO, INC., a Washington Corporation,<br><br>Defendants. | CASE NO. C19-1175 MJP<br><br>ORDER DENYING MOTION FOR PROTECTIVE ORDER |
| NORTH AMERICAN TERRAZZO, INC, a Washington Corporation,<br><br>Third Party Plaintiff,<br><br>v.<br><br>TERRAZZO & MARBLE SUPPLY CO. OF ILLINOIS, a foreign corporation,<br><br>Third Party Defendant | |

1 THIS MATTER comes before the Court on Defendant North American Terrazzo's Motion for Protective Order (Dkt. No. 29.) Having reviewed the Motion, the Response (Dkt. No. 33), the Reply (Dkt. No. 37), and the related record, the Court DENIES the Motion.

Defendant North American Terrazzo seeks a protective order prohibiting Plaintiff Travelers Property Casualty Company of America from conducting depositions or any other discovery until the Court rules on North American Terrazzo's Motion for Summary Judgment, which notes on November 1, 2019. (Dkt. No. 21.) North American Terrazzo has cited no precedent requiring that discovery be stayed pending the outcome of a motion for summary judgment; indeed, such a precedent could lead to troubling gamesmanship. Further, given the tools available to litigants under Federal Rule of Civil Procedure 26(c), which provides a mechanism for challenging specific inappropriate discovery requests, the Court finds a broad order prohibiting discovery in this case is unnecessary. Defendant North American Terrazzo's Motion is therefore DENIED.

The clerk is ordered to provide copies of this order to all counsel.

Dated October 25, 2019.

Marsha J. Pechman
United States District Judge