UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a foreign insurance company, | No. 2:19-cv-1175 MJP |
| Plaintiffs, | **SCHEDULING STIPULATION AND ORDER** |
| v. | |
| NORTH AMERICAN TERRAZZO, INC., a Washington Corporation, | |
| Defendants. | |
| NORTH AMERICAN TERRAZZO, INC, a Washington Corporation, | |
| Third Party Plaintiff, | |
| v. | |
| TERRAZZO & MARBLE SUPPLY CO. OF ILLINOIS, a foreign corporation, | |
| Third Party Defendant | |

## I.   STIPULATION

Plaintiff Travelers Property Casualty Company of America (hereinafter "Travelers, Defendant North American Terrazzo, INC (hereinafter "NAT") and third-party Defendant

Terrazzo & Marble Supply Co., by and through their attorneys of record, hereby agree and stipulate to the following:

NAT filed its Motion for Summary Judgment on October 10, 2019. Dkt. 21. Immediately following, Travelers' noted the 30(b)(6) deposition of NAT and the deposition of Randall Rubenstein. NAT objected.

The parties have a substantial disagreement as to whether Travelers may engage in discovery prior to the Court's considerations of NAT's Motion. As such the parties have agreed to stipulate to the following:

NAT filed its Motion for Protective Order on the Court's normal motion calendar. Travelers will respond advising the Court as to why it believes it is entitled to the discovery in advance of it having to respond to the summary judgment motion.

1. In order to allow the Court to consider NAT's Motion for Protective Order, Travelers will stay all discovery until the Court rules. This includes Plaintiff's First Set of Interrogatories and Requests for Production.

2. The parties agree to suspend briefing on the Motion for Summary Judgment (Dkt. 21) subject to the following:

  ▪ If the Court grants the Motion for Protective Order, Travelers' Opposition to the Motion for Summary Judgment will be due 10 business days after the date of that Order. NAT's Reply will be due 5 business days later and that will become the noting date for the summary judgment motion.

  ▪ If the Court denies the Motion for Protective Order, NAT will provide Travelers with proposed deposition dates within 5 business days of the

Lether & Associates PLLC
1848 Westlake Avenue N, Suite 100
Seattle, WA 98109
P: (206) 467-5444  F: (206) 467-5544

Order. The parties will confer and agree to mutually convenient dates for the depositions.

- ▪ Travelers' Opposition to the Motion for Summary Judgment will be due 10 business days after the date of the last deposition. Reply will be due 5 business days later and that will become the noting date for the motions.

3. In the meantime, all parties agree that no discovery will be served until Travelers is able to conduct the discovery that it has already sought or until the Court enters a protective order precluding Travelers' discovery.

4. The parties further stipulate that the deadlines for initial disclosures and the joint status report are stayed until the Court rules.

DATED this 18th day of October, 2019.

LETHER & ASSOCIATES, PLLC

*s/ Thomas Lether*
*s/ Eric Neal*
Thomas Lether, WSBA #18089
Eric J. Neal, WSBA#31863
1848 Westlake Ave N., Suite 100
Seattle, WA 98109
P: 206-467-5444 / F: 206-467-5544
eneal@letherlaw.com
tlether@letherlaw.com
*Counsel for Travelers Property Casualty*
*Company of America*

SCHEDULING STIPULATION AND
ORDER – 3

LETHER & ASSOCIATES PLLC
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

ASHBAUGH BEAL

s/Robert S. Marconi
Robert S. Marconi, WSBA #16369
Ashbaugh Beal
701 5th Avenue, Suite 4400
Seattle, WA 98104
bmarconi@ashbaughbeal.com
*Counsel for North American Terrazzo*

FALLON MCKINLEY, PLLC

s/ Rebecca Morris
R. Scott Fallon WSBA #2574
Rebecca Morris WSBA #46810
155 NE 100th Street, Suite 401
Seattle, WA 98125
TEL: (206) 682-7580
FAX: (206) 682-3437
E-mail: bfallon@fallonmckinley.com
*Attorneys for Third Party Defendant Terrazo*
*& Marble Supply Co. of Illinois*

## II.    ORDER

Based on the foregoing, it is so ordered.

DONE IN OPEN COURT this 25th day of October, 2019.

Marsha J. Pechman
United States District Judge

# CERTIFICATE OF SERVICE

The undersigned hereby certifies under the penalty of perjury under the laws of the State of Washington that on this date I caused to be served in the manner noted below a true and correct copy of the foregoing on the parties mentioned below as indicated:

Richard T. Beal, Jr.
Robert S. Marconi
Ashbaugh Beal LLP
701 5th Ave Ste 4400
Seattle, WA 98104
(206) 386-5900
RBeal@ashbaughbeal.com
Rmarconi@ashbaughbeal.com
*Attorney for North American Terrazzo, Inc.*

R. Scott Fallon WSBA #2574
Fallon McKinley, PLLC
155 NE 100th Street, Suite 401
Seattle, WA 98125
TEL: (206) 682-7580
FAX: (206) 682-3437
E-mail: bfallon@fallonmckinley.com
*Attorneys for Third Party Defendant Terrazo & Marble Supply Co. of Illinois*

**By:** ☐ **First Class Mail** ☒ **ECF/ E-mail** ☐ **Legal Messenger**

Dated this 18th day of October, 2019 at Seattle, Washington.

*s/ Elizabeth Kruh*
Elizabeth Kruh | Paralegal

SCHEDULING STIPULATION AND
ORDER – 5

LETHER & ASSOCIATES PLLC
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544