1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

The Honorable Judge Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a foreign insurance company,<br><br>           Plaintiffs,<br><br>      v.<br><br>NORTH AMERICAN TERRAZZO, INC., a Washington Corporation,<br><br>           Defendants. | No. 2:19-cv-1175 MJP<br><br>**REVISED SCHEDULING ORDER AND JOINT DISCOVERY PLAN** |
| NORTH AMERICAN TERRAZZO, INC, a Washington Corporation,<br><br>           Third Party Plaintiff,<br><br>      v.<br><br>TERRAZZO & MARBLE SUPPLY CO. OF ILLINOIS, a foreign corporation,<br><br>           Third Party Defendant | |

Plaintiff Travelers Property Casualty Company of America (hereinafter "Travelers"), Defendant/Third Party Plaintiff North American Terrazzo (hereinafter "NAT") and Third-Party Defendant Terrazzo & Marble Supply Co. of Illinois (hereinafter "Terrazzo") (collectively referred to as "The Parties") hereby submit the following proposed order and discovery plan

Revised Order and Discovery Plan – 1

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

pursuant to the Court's Minute Entry of May 15, 2020 (Dkt. 50). Specifically, the Parties request that the following schedule be entered:

| | |
|---|---|
| Jury Trial Date | December 15, 2020 |
| Deadline for joining additional parties | December 31, 2019 |
| Deadline for filing amended pleadings | January 10, 2020 |
| Reports from expert witness under FRCP 26(a)(2) due | July 10, 2020 |
| All motions related to discovery must be filed and noted on the motion calendar of the third Friday thereafter (see CR7(d)) | July 31, 2020 |
| Discovery Complete by | August 21, 2020 |
| All dispositive motion must be filed by and noted on the motion calendar on the fourth Friday thereafter (see CR7(d)) | September 4, 2020 |
| All motions in limine must be filed by and noted on the motion calendar not earlier than the third Friday thereafter and no later than the Friday before the pretrial conference | November 10, 2020 |
| Agreed pretrial order due | December 1, 2020 |
| Trial briefs, proposed voir dire questions, and proposed jury instructions | December 1, 2020 |
| Pretrial Conference | December 3, 2020 |

## I.  <u>Discovery Plan</u>

A limited amount of discovery has already taken place to date. However, further discovery is needed on matters concerning coverage, NAT's extra contractual claims and the potential causes of the failure of the subject floor. As a result, both NAT and Travelers anticipate taking additional depositions.  NAT reserves the right to depose additional witnesses subject to the responses and documents provided by Travelers to NAT's discovery requests.

NAT plans on deposing the following witnesses, not including experts:

A.  Bill Spencer – NAT assigned defense counsel
B.  Allan Ryce – Travelers employee
C.  Dana Falstad – Travelers employee
D.  Abigail Hecksher – Travelers employee
E.  Jim Phillips – Expert Witness
F.  Travelers 30(b)(6)

Revised Order and Discovery Plan – 2

G.  T&M 30(b)(6)

Travelers plans on deposing the following deponents, not including experts:

A.  Randy Rubenstein, in his individual capacity.

Travelers reserves the right to depose additional witnesses as needed.

The parties are currently in the process of scheduling depositions in June and July for the above referenced individuals. Following the depositions of these individuals, the party's will make their expert disclosures on July 10 and then schedule the depositions of the same for July and August 2020.

The parties reserve the right to issue additional written discovery as needed. The written discovery will be issued in compliance with this scheduling order and local rules.

**II.**    **Proposed Discovery Dates**

The parties agree that the December 15, 2020 trial date is reasonable. Dispositive motions are now due on September 4, 2020. Given the new dispositive motion deadline, the parties anticipate that discovery can be completed by August 21, 2020. Moving the discovery deadline until the end of August will allow the parties to use the summer months to conduct necessary depositions while still being able to meet the discovery and dispositive motion deadlines.

Travelers plans on filing two dispositive motions. The first will be a motion seeking summary judgment on all coverage issues and NAT's breach of contract claim. The second will be a motion on NAT's extra-contractual claims. The motion regarding NAT's extra-contractual claims will not be brought until after discovery has closed. Travelers reserves the right to bring its motion regarding coverage and NAT's breach of contract claim as soon as it deems appropriate.  NAT takes the position that it needs to take depositions before it can respond to any

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

1  summary judgment motion filed by Travelers.  NAT also reserves the right to file one or more

2  summary judgment motions pending further discovery.

3          Dated this 22 day of May, 2020.

4                                                LETHER LAW GROUP

5                                                s/ Thomas Lether
                                                 s/ Eric Neal
6                                                Thomas Lether, WSBA #18089
                                                 Eric J. Neal, WSBA#31863
7                                                1848 Westlake Ave N., Suite 100
                                                 Seattle, WA  98109
8                                                P: 206-467-5444 / F: 206-467-5544
                                                 eneal@letherlaw.com
9                                                tlether@letherlaw.com
                                                 Counsel for Travelers Property Casualty
10                                               Company of America

11

12                                               ASHBAUGH BEAL

13                                               s/Robert S. Marconi
                                                 Robert S. Marconi, WSBA #16369
                                                 Ashbaugh Beal
14                                               701 5th Avenue, Suite 4400
                                                 Seattle, WA 98104
15                                               bmarconi@ashbaughbeal.com
                                                 Counsel for North American Terrazzo
16

17                                               FALLON MCKINLEY, PLLC

18                                               s/ Rebecca Morris
                                                 R. Scott Fallon WSBA #2574
19                                               Rebecca Morris WSBA #46810
                                                 155 NE 100th Street, Suite 401
20                                               Seattle, WA 98125
                                                 TEL: (206) 682-7580
21                                               FAX: (206) 682-3437
                                                 bfallon@fallonmckinley.com
22                                               Attorneys for Third Party Defendant Terrazo
                                                 & Marble Supply Co. of Illinois

23

Revised Order and Discovery Plan – 4

1

2

### III.   ORDER

Specifically, the Court ORDERS that the following schedule be entered:

| | |
|---|---|
| Jury Trial Date | December 15, 2020 |
| Deadline for joining additional parties | December 31, 2019 |
| Deadline for filing amended pleadings | January 10, 2020 |
| Reports from expert witness under FRCP 26(a)(2) due | July 10, 2020 |
| All motions related to discovery must be filed and noted on the motion calendar of the third Friday thereafter (see CR7(d)) | July 31, 2020 |
| Discovery Complete by | August 21, 2020 |
| All dispositive motion must be filed by and noted on the motion calendar on the fourth Friday thereafter (see CR7(d)) | September 4, 2020 |
| All motions in limine must be filed by and noted on the motion calendar not earlier than the third Friday thereafter and no later than the Friday before the pretrial conference | November 10, 2020 |
| Agreed pretrial order due | December 1, 2020 |
| Trial briefs, proposed voir dire questions, and proposed jury instructions | December 1, 2020 |
| Pretrial Conference | December 3, 2020 |

IT IS SO ORDERED.


DATED this 22nd day of May, 2020.


Marsha J. Pechman
United States District Judge

Revised Order and Discovery Plan – 5

1  Dated this 22nd day of May, 2020.

2                                              LETHER LAW GROUP

3                                              s/ Thomas Lether
                                               s/ Eric Neal
4                                              Thomas Lether, WSBA #18089
                                               Eric J. Neal, WSBA#31863
5                                              1848 Westlake Ave N., Suite 100
                                               Seattle, WA  98109
6                                              P: 206-467-5444 / F: 206-467-5544
                                               eneal@letherlaw.com
7                                              tlether@letherlaw.com
                                               Counsel for Travelers Property Casualty
8                                              Company of America

9
                                               ASHBAUGH BEAL
10
                                               s/Robert S. Marconi
11                                             Robert S. Marconi, WSBA #16369
                                               Ashbaugh Beal
12                                             701 5th Avenue, Suite 4400
                                               Seattle, WA 98104
13                                             bmarconi@ashbaughbeal.com
                                               Counsel for North American Terrazzo
14

15                                             FALLON MCKINLEY, PLLC

16                                             s/ Rebecca Morris
                                               R. Scott Fallon WSBA #2574
17                                             Rebecca Morris WSBA #46810
                                               155 NE 100th Street, Suite 401
18                                             Seattle, WA 98125
                                               TEL: (206) 682-7580
19                                             FAX: (206) 682-3437
                                               bfallon@fallonmckinley.com
20                                             Attorneys for Third Party Defendant Terrazo
                                               & Marble Supply Co. of Illinois
21

22

23

1

**CERTIFICATE OF SERVICE**

2

      The undersigned hereby certifies under the penalty of perjury under the laws of the State

3

of Washington that on this date I caused to be served in the manner noted below a true and correct

4

copy of the foregoing on the parties mentioned below as indicated:

5

6

Richard T. Beal, Jr.
Robert S. Marconi

7

Ashbaugh Beal LLP
701 5th Ave Ste 4400

8

Seattle, WA 98104
RBeal@ashbaughbeal.com

9

Rmarconi@ashbaughbeal.com
*Attorney for North American Terrazzo, Inc.*

10

R. Scott Fallon

11

Rebecca Morris
155 NE 100th Street, Suite 401

12

Seattle, WA 98125
TEL: (206) 682-7580

13

FAX: (206) 682-3437
bfallon@fallonmckinley.com

14

*Attorneys for Third Party Defendant Terrazo & Marble Supply Co. of Illinois*

15

**By:**    ☐ **First Class Mail**    ☒ **ECF/ E-mail**    ☐ **Legal Messenger**

16

17

      Dated this 22nd day of May, 2020 at Seattle, Washington.

18

                        *s/   Adam Arceneaux*

19

                        Adam Arceneaux | Paralegal

20

21

22

23

Revised Order and Discovery Plan – 7

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544