**THE HONORABLE MARSHA J. PECHMAN**

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,<br><br>                Plaintiffs,<br><br>vs.<br><br>RUBENSTEIN'S CONTRACT CARPET, LLC, a Washington Limited Liability Corporation; NORTH AMERICAN TERRAZZO, INC., a Washington Corporation,<br><br>                Defendants.<br><br>NORTH AMERICAN TERRAZZO, INC., a Washington Corporation,<br><br>                Third Party Plaintiff,<br><br>vs.<br><br>TERRAZZO & MARBLE SUPPLY CO. OF ILLINIOIS, a foreign corporation,<br><br>                Third Party Defendant. | NO. 2:19-cv-01175-MJP<br><br>**STIPULATION AND ORDER OF DISMISSAL OF THIRD PARTY DEFENDANTS TERRAZZO & MARBLE SUPPLY CO.**<br><br>**NOTE ON MOTION CALENDAR: July 24, 2020** |

**STIPULATION AND ORDER OF DISMISSAL OF THIRD PARTY DEFENDANTS TERRAZZO & MARBLE SUPPLY CO.** - 1
(Case No. 2:19-cv-01175-MJP)

/C19-1175 Travelers Property Casualty Co. v. Rubenstein's Contract Carpet Stipulated Order of Dismissal Third Party Defendant Terrazzo & Marble Supply.docx

FALLON McKINLEY PLLC
A T T O R N E Y S   A T   L A W
155 NE 100TH STREET, SUITE 401
SEATTLE, WASHINGTON 98125
(206) 682-7580  FAX (206) 682-3437

# STIPULATION

It is hereby stipulated by the parties to this action, by and through their undersigned attorneys, that all of Third Party Plaintiff's claims against Third Party Defendants Terrazzo & Marble Supply Co. in this action shall be dismissed with prejudice and without costs to either party pursuant to FRCP 41(a)(1)(ii).

DATED this 24th day of July, 2020.

        FALLON McKINLEY PLLC

By  s/ *R. Scott Fallon*
By  s/ *Rebecca R. Morris*
 R. Scott Fallon  WSBA #2574
 Rebecca R. Morris WSBA #46810
 Fallon McKinley, PLLC
 155 NE 100th Street, Suite 401
 Seattle, WA  98125
 TEL:  (206) 682-7580
 FAX: (206) 682-3437
 E-mail:  bfallon@fallonmckinley.com
 E-mail:  rmorris@fallonmckinley.com
 Attorneys for Third Party Defendant Terrazo
 & Marble Supple Co. of Illinois

ASHBAUGH BEAL

By  *s/ Richard T. Beal*
By  *s/ Robert S. Marconi*
 Richard T. Beal WSBA #9203
 Robert S. Marconi WSBA #16369
 Ashbaugh Beal LLP
 701 5th Ave., Ste. 4400
 Seattle, WA  98104
 206-386-5900
 rbeal@ashbaughbeal.com
 bmarconi@ashbaughbeal.com
 Attorneys for Rubenstein Contract Carpet
 and North American Terrazzo, Inc.

**STIPULATION AND ORDER OF DISMISSAL OF THIRD PARTY DEFENDANTS TERRAZZO & MARBLE SUPPLY CO.** - 2
(Case No. 2:19-cv-01175-MJP)

/C19-1175 Travelers Property Casualty Co. v. Rubenstein's Contract Carpet
Stipulated Order of Dismissal Third Party Defendant Terrazzo & Marble Supply.docx

1
2
3
4
5
6
7
8

Lether & Associates, PLLC

By _s/ Thomas Lether_
By _s/ Eric Neal_
    Thomas Lether    WSBA #18089
    Eric Neal    WSBA #31863
    Lether & Associates, PLLC
    1848 Westlake Ave N. Ste. 100
    Seattle, WA  98109
    206-467-5444
    eneal@letherlaw.com
    tlether@letherlaw.com
    Attorneys for Plaintiff

**STIPULATION AND ORDER OF DISMISSAL OF THIRD PARTY DEFENDANTS TERRAZZO & MARBLE SUPPLY CO.** - 3
(Case No. 2:19-cv-01175-MJP)

/C19-1175 Travelers Property Casualty Co. v. Rubenstein's Contract Carpet
Stipulated Order of Dismissal Third Party Defendant Terrazzo & Marble Supply.docx

FALLON McKINLEY PLLC
A T T O R N E Y S   A T   L A W
155 NE 100TH STREET, SUITE 401
SEATTLE, WASHINGTON 98125
(206) 682-7580  FAX (206) 682-3437

### ORDER OF DISMISSAL

Based on the above Stipulation, IT IS HEREBY ORDERED that all of Third Party Plaintiff's claims against Third Party Defendants Terrazzo & Marble Supply Co. in this action shall be dismissed with prejudice and without costs to any party pursuant to FRCP 41(a)(1)(ii).

DATED this 27th day of July, 2020.

Marsha J. Pechman
United States District Judge

STIPULATION AND ORDER OF DISMISSAL OF THIRD PARTY DEFENDANTS TERRAZZO & MARBLE SUPPLY CO. - 4
(Case No. 2:19-cv-01175-MJP)

/C19-1175 Travelers Property Casualty Co. v. Rubenstein's Contract Carpet Stipulated Order of Dismissal Third Party Defendant Terrazzo & Marble Supply.docx

FALLON McKINLEY PLLC
ATTORNEYS AT LAW
155 NE 100TH STREET, SUITE 401
SEATTLE, WASHINGTON 98125
(206) 682-7580  FAX (206) 682-3437