The Honorable Judge Pechman

1

2

3

4

5

6                          UNITED STATES DISTRICT COURT
                  WESTERN DISTRICT OF WASHINGTON AT SEATTLE
7

8   TRAVELERS PROPERTY CASUALTY            No. 2:19-cv-1175 MJP
    COMPANY OF AMERICA, a foreign
9   insurance company,                     **ORDER AND JOINT
                                           DISCOVERY PLAN**
10                      Plaintiffs,

11              v.

12  NORTH AMERICAN TERRAZZO, INC., a
    Washington Corporation,
13
                        Defendants.
14

15  NORTH AMERICAN TERRAZZO, INC, a
    Washington Corporation,
16
                        Third Party Plaintiff,
17
                v.
18
    TERRAZZO & MARBLE SUPPLY CO. OF
19  ILLINOIS, a foreign corporation,

20                      Third Party Defendant

21          Plaintiff Travelers Property Casualty Company of America (hereinafter "Travelers") and

22  Defendant North American Terrazzo (hereinafter "NAT") (collectively referred to as "The

23  Parties") hereby submit the following proposed order and discovery plan pursuant to the Court's

    Minute Entry of July 30, 2020 (Dkt. 77). Specifically, the Parties request that the following

Revised Proposed Order and Discovery Plan – 1

1    schedule be entered:

| All motions related to discovery must be filed and noted on the motion calendar of the third Friday thereafter (see CR7(d)) | September 15, 2020 |
|---|---|
| Discovery Complete by | September 15, 2020 |

## I.     Motions Currently Before the Court and Discovery Plan

Currently before this Court are two Motions for Summary Judgment:

1.     Travelers Motion for Partial Summary Judgment regarding Coverage

2.     NAT's Motion for Partial Summary Judgment regarding its Extra-Contractual Claims

Both of these pending motions are noted for August 14, 2020. In addition to the above motions, Travelers plans on bringing an additional Motion for Summary Judgment regarding NAT's extra-contractual claims. This motion will be noted for August 28, 2020. Travelers plans on filing a motion for leave to file a contemporaneous motion in hopes that the Court will consider all of the pending motions together.

Additionally, the parties have been working diligently to complete depositions. Given the pending Motions, the parties believe it would be in the best interest of all the parties to delay the depositions that are not needed to respond to the pending Motions until after the Motions noting date.

The remaining depositions are as follows:

NAT plans on deposing the following witnesses:

A.  William Partin – TBD by mutual agreement

B.  Scott McClellan – TBD by mutual agreement

C.  Steve Strzelec – TBD by mutual agreement

Revised Proposed Order and Discovery Plan – 2

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

1      D.  James Phillips – TBD by mutual agreement

2      E.  Jason Soderman – TBD by mutual agreement

3      NAT reserves the right to depose additional witnesses as needed, and reserves all rights

4  regarding depositions already taken.

5      Travelers plans on deposing the following deponents:

6      A.  Randy Rubenstein – August 6, 2020

7      B.  J. Kay Thorne – August 13, 2020

8      C.  Bruce Gilbert –  August 27, 2020

9      D.  Marnie Silver – September 2, 2020

10     E.  Red Jensen – September 3, 2020

11     Travelers reserves the right to depose additional witnesses as needed, and reserves all

12  rights regarding depositions already taken.

13     Dated this 31st day of July, 2020.

14

15  LETHER LAW GROUP                                    ASHBAUGH BEAL

16  *s/ Thomas Lether_____*                   *s/Robert S. Marconi_____*
    *s/ Eric Neal_____*                  Robert S. Marconi, WSBA #16369
17  Thomas Lether, WSBA #18089                          Ashbaugh Beal
    Eric J. Neal, WSBA#31863                            701 5th Avenue, Suite 4400
18  1848 Westlake Ave N., Suite 100                     Seattle, WA 98104
    Seattle, WA  98109                                  bmarconi@ashbaughbeal.com
19  P: 206-467-5444 / F: 206-467-5544                   *Counsel for North American Terrazzo*
    eneal@letherlaw.com
20  tlether@letherlaw.com
    *Counsel for Travelers Property*
21  *Casualty Company of America*

22

23

Revised Proposed Order and Discovery Plan – 3

### III.   ORDER

Specifically, the Court ORDERS that the following schedule be entered:

| | |
|---|---|
| All motions related to discovery must be filed and noted on the motion calendar of the third Friday thereafter (see CR7(d)) | September 15, 2020 |
| Discovery Complete by | September 15, 2020 |

IT IS SO ORDERED.


DATED this 31st day of July, 2020.


_____
The Honorable Judge Pechman
United States District Judge

Dated this 31st day of July, 2020.


LETHER LAW GROUP

*s/ Thomas Lether*
*s/ Eric Neal*
Thomas Lether, WSBA #18089
Eric J. Neal, WSBA#31863
1848 Westlake Ave N., Suite 100
Seattle, WA  98109
P: 206-467-5444 / F: 206-467-5544
eneal@letherlaw.com
tlether@letherlaw.com
*Counsel for Travelers Property Casualty*
*Company of America*


ASHBAUGH BEAL

*s/Robert S. Marconi*
Robert S. Marconi, WSBA #16369
Ashbaugh Beal
701 5th Avenue, Suite 4400
Seattle, WA 98104
bmarconi@ashbaughbeal.com
*Counsel for North American Terrazzo*

Revised Proposed Order and Discovery Plan – 4

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

1

2                                          **CERTIFICATE OF SERVICE**

3           The undersigned hereby certifies under the penalty of perjury under the laws of the State

4    of Washington that on this date I caused to be served in the manner noted below a true and correct

5    copy of the foregoing on the parties mentioned below as indicated:

6

7    Richard T. Beal, Jr.
     Robert S. Marconi
     Ashbaugh Beal LLP
8    701 5th Ave Ste 4400
     Seattle, WA 98104
9    RBeal@ashbaughbeal.com
     Rmarconi@ashbaughbeal.com
10   *Attorney for North American Terrazzo, Inc.*

11

12   **By:**        ☐ **First Class Mail**          ☒ **ECF/ E-mail**          ☐ **Legal Messenger**

13          Dated this 31st day of July, 2020 at Seattle, Washington.

14

15                                                   *s/ Lina Wiese_____*
                                                      Lina Wiese | Paralegal

16

17

18

19

20

21

22

23

Revised Proposed Order and Discovery Plan – 5                    LETHER LAW GROUP
                                                          1848 WESTLAKE AVENUE N, SUITE 100
                                                              SEATTLE, WA 98109
                                                       P: (206) 467-5444  F: (206) 467-5544