HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a foreign insurance company,<br><br>     Plaintiffs,<br><br> v.<br><br>NORTH AMERICAN TERRAZZO, INC., a Washington Corporation,<br><br>     Defendants. | No. 2:19-cv-1175 MJP<br><br>NOTICE AND STIPULATED MOTION AND ORDER REGARDING BENCH TRIAL<br><br>NOTE ON MOTION CALENDAR: September 2, 2020 |
| NORTH AMERICAN TERRAZZO, INC., a Washington Corporation,<br><br>     Third Party Plaintiff,<br><br> v.<br><br>TERRAZZO & MARBLE SUPPLY CO. OF ILLINOIS, a foreign corporation,<br><br>     Third Party Defendant. | |

## I. **NOTICE**

Pursuant to LCR 39(d) and FRCP 39(a)(1), the parties to this action, by and through their undersigned attorneys, give Notice of their agreement to a nonjury trial.

NOTICE AND STIPULATED MOTION AND ORDER
REGARDING BENCH TRIAL - 1
(2:19-cv-1175 MJP)

Ashbaugh Beal
701 FIFTH AVE., SUITE 4400
SEATTLE, WA 98104
T. 206.386.5900  F. 206.344.7400

## II. STIPULATION

The parties to this action, by and through their undersigned attorneys, stipulate, agree and consent that in accordance with LCR 39(d) the above-captioned matter shall be tried without a jury. The parties agree to try all claims and issues through a bench trial. This stipulation and agreement of the parties shall supersede North American Terrazzo's prior Jury Demand made in Docket #43 at Paragraph 12.

DATED: September 7, 2020.

ASHBAUGH BEAL LLP

By: / Robert S. Marconi
Robert S. Marconi, WSBA #16369
rmarconi@ashbaughbeal.com
James Grossman, WSBA #55843
jgrossman@ashbaughbeal.com
701 5th Ave Ste 4400
Seattle, WA 98104
P: 206-386-5900/F: 206-344-7400
Attorneys for Defendants/Third-party Plaintiff

LETHER LAW GROUP

By: s/ Thomas Lether
Thomas Lether, WSBA#18089
tlether@letherlaw.com
Eric J. Neal, WSBA#31863
eneal@letherlaw.com
1848 Westlake Ave N., Suite 100
Seattle, WA 98109
P: 206-467-5444 / F: 206-467-5544
Counsel for Travelers Property Casualty Company of America

NOTICE AND STIPULATED MOTION AND ORDER REGARDING BENCH TRIAL - 2
(2:19-cv-1175 MJP)

Ashbaugh Beal
701 FIFTH AVE., SUITE 4400
SEATTLE, WA 98104
T. 206.386.5900  F. 206.344.7400

### III. ORDER

THIS MATTER came before the undersigned Court upon the Notice and Stipulation Regarding Bench Trial. The Court considered the parties' Notice and Stipulation, and having reviewed the files and records of the case, it is hereby

ORDERED, ADJUDGED and DECREED that:

In accordance with LCR 39(d) and FRCP 39(a)(1) the above-captioned matter will be heard without a jury.

DATED this 8th day of September, 2020.

*[signature]*
Marsha J. Pechman
United States Senior District Judge

Presented by,

| ASHBAUGH BEAL LLP | LETHER LAW GROUP |
|---|---|
| By: Robert S. Marconi<br>Robert S. Marconi, WSBA #16369<br>rmarconi@ashbaughbeal.com<br>James Grossman, WSBA #55843<br>jgrossman@ashbaughbeal.com<br>701 5th Ave Ste 4400<br>Seattle, WA 98104<br>P: 206-386-5900/F: 206-344-7400<br>Attorneys for Defendants/Third-party Plaintiff | By: s/ Thomas Lether<br>Thomas Lether, WSBA#18089<br>tlether@letherlaw.com<br>Eric J. Neal, WSBA#31863<br>eneal@letherlaw.com<br>1848 Westlake Ave N., Suite 100<br>Seattle, WA 98109<br>P: 206-467-5444 / F: 206-467-5544<br>Counsel for Travelers Property Casualty Company of America |

NOTICE AND STIPULATED MOTION AND ORDER
REGARDING BENCH TRIAL - 3
(2:19-cv-1175 MJP)

Ashbaugh Beal
701 FIFTH AVE., SUITE 4400
SEATTLE, WA 98104
T. 206.386.5900  F. 206.344.7400

**CERTIFICATE OF SERVICE**

I hereby certify that on September 7, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

>Thomas Lether
>tlether@letherlaw.com
>Eric J. Neal
>eneal@letherlaw.com
>Lether & Associates, PLLC
>1848 Westlake Ave N., Suite 100
>Seattle, WA 98109
>*Counsel for Plaintiff*

The foregoing is true and correct to the best of my knowledge and belief.

Dated September 7, 2020, at Seattle, Washington.

>*s/ Citty Brugalette*
>Citty Brugalette, Legal Assistant

NOTICE AND STIPULATED MOTION AND ORDER
REGARDING BENCH TRIAL - 4
(2:19-cv-1175 MJP)

Ashbaugh Beal
701 FIFTH AVE., SUITE 4400
SEATTLE, WA 98104
T. 206.386.5900  F. 206.344.7400