1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, | CASE NO. C19-1175 MJP |
|---|---|
| Plaintiff, | DISMISSAL ORDER |
| v. | |
| NORTH AMERICAN TERRAZZO, | |
| Defendant. | |

On December 4, 2020, the Parties notified the Court that a settlement had been reached in this matter, and it appears that no issue remains for the Court's determination. The Court ORDERS that this action and all claims asserted herein are DISMISSED with prejudice and without costs to any party.

In the event that the settlement is not perfected, any party may move to reopen the case, provided that such motion is filed within thirty (30) days of the date of this order. Any trial date

DISMISSAL ORDER - 1

1 | and pretrial dates previously set are hereby VACATED and any pending motions are

2 | STRICKEN.

3 | The clerk is ordered to provide copies of this order to all counsel.

4 | Dated December 14, 2020.

*[signature]*

Marsha J. Pechman
United States District Judge